# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Linda R. | U.S. District Court, Mississippi S. D. | 11/21/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - fulltime | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
501 E. Court Street
Ste. 6.150
Jackson, MS 39201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Federal Magistrate Judges' Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Linda R. | 11/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Retirement, State of MS | $49,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed Dentist |
| 2. 2017 | State of MS Retirement |
| 3. 2017 | VA Retirement |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 3/19/2017 - 3/20/2017 | Washington, DC | FMJA Board Meeting; (Magistrate Judges Advisory Committee Meeting) | lodging, food |
| 2. | Federal Magistrate Judges Association | 9/13/2017 - 9/13/2017 | Washington, DC | FMJA Board Meeting; (Magistrate Judges Advisory Committee Meeting) | lodging, food |
| 3. | National Conference of Bankruptcy Judges | 10/9/2017 - 10/11/2017 | Las vegas, NV | NCBJ Board Meeting and Conference | travel, lodging, food |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Anderson, Linda R. | 11/21/2019 |

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Linda R. | 11/21/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trustmark | Mortgage on Real Property2, Canton, MS (Part VII, line 12) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Linda R. | 11/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Bank Accounts | C | Interest | N | T | | | | | |
| 2. Federated Muni trust | A | Interest | J | T | | | | | |
| 3. Discover Bk Account | C | Interest | L | T | | | | | |
| 4. LPL Reserve Ins Deposits Fund - Brokerage money market | A | Interest | J | T | | | | | |
| 5. Metropolitan Life Ins. Whole Life | B | Dividend | M | T | | | | | |
| 6. MetLife Public Trust | A | Dividend | K | T | | | | | |
| 7. MS Federal Credit Union | A | Dividend | L | T | | | | | |
| 8. Real Property, Canton, MS | | None | M | W | | | | | |
| 9. Business Property, Jackson, MS | | None | L | W | | | | | |
| 10. Fidelity Muni Income | C | Interest | K | T | | | | | |
| 11. Corp. Capital Trust | E | Dividend | L | T | | | | | |
| 12. Real Property2, Canton, MS | | None | M | W | | | | | |
| 13. Fidelity Intermediate Muni Inc | D | Interest | M | T | | | | | |
| 14. Wells REIT | B | Interest | K | T | | | | | |
| 15. Fidelity Short Interm. Income | C | Interest | L | T | | | | | |
| 16. Black Rock - Equity dividend mutual fund class C | B | Dividend | J | T | | | | | |
| 17. John Hancock - Variable Annuity American Funds Conservative Allocation | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Linda R. | 11/21/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson National - JNL/GS Core Plus Bond Fund | E | Dividend | N | T | | | | | |
| 19. Jackson National - JNL/S & P Managed Conservative | E | Dividend | M | T | | | | | |
| 20. Franklin Square - Business Development Co. (BDC) alternative investmt | B | Dividend | K | T | | | | | |
| 21. Fidelity Municipal - limited term municipal income fund | D | Dividend | M | T | | | | | |
| 22. WP Carey CPA 18 - real estate investment trust | G | Dividend | M | T | | | | | |
| 23. Sun America - variable annuity Goldman Sachs Global portfolio | F | Dividend | M | T | | | | | |
| 24. WP Carey Watermark - real estate investment trust | F | Dividend | L | T | | | | | |
| 25. Allianz - core income 7 fixed indexed annuity | D | Interest | J | T | | | | | |
| 26. Putnam Short Duration Bond Fund | C | Interest | J | T | | | | | |
| 27. Real Property, Holmes County, MS | B | Rent | K | W | | | | | |
| 28. Forethought Annuity - Securefore 3 fixed annuity | A | Dividend | M | T | | | | | |
| 29. Black Rock Global Allocation - mutual fund class C | B | Dividend | K | T | | | | | |
| 30. Black Rock Health Sciences Fund - mutual fund class C (additional shar | D | Dividend | L | T | Buy (add'l) | 05/18/17 | L | | |
| 31. Global Atlantic Secure Fore 3 Fixed Annuity | B | Dividend | L | T | | | | | |
| 32. Global Atlantic Secure Fore 5 Fixed Annuity | B | Dividend | L | T | | | | | |
| 33. Black Rock Strategic Municipal Fund (bought additional) | D | Dividend | L | T | Buy (add'l) | 11/20/17 | M | | |
| 34. Black Rock National Muni Investment Fund (bought additional) | B | Dividend | L | T | Buy (add'l) | 12/04/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianz Life Indexed Annuity S&P 500 Index | C | Dividend | K | T | Buy | 07/21/17 | K | | |
| 36. Powershares QQQ ETF | B | Dividend | J | T | Buy | 04/28/17 | J | | |
| 37. Allianz Life index Advantage Nasdaq 100 index | D | Dividend | M | T | Buy | 01/25/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Linda R. | 11/21/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, numbers 30, 33, and 34:  Addtional shares were purchased during the year and the change in numbers represents the current total amounts of each after and including the purchase, and the dates of the additional purchases.

The additional purchase value code for each was:  L

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Anderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544